IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEVIN McKENZIE                                                                        PLAINTIFF

v.                                         Civil No._____

ALVIN Q. MALONE, et al.                                                               DEFENDANTS

**O R D E R**

This matter comes before the court for a determination regarding plaintiff's in forma pauperis application and service on defendants. Having reviewed the application, we find it should be granted and plaintiff will be allowed to proceed as a pauper in this matter. The matter of service will be determined at a later date.

IT IS SO ORDERED this 19th day of August 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE