IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEVIN McKENZIE
A/K/A KEVIN BARRETT                                                       PLAINTIFF

         v.                    Civil No. 05-2126

ALVIN MALONE; and
CHARLES WALDMAN                                                         DEFENDANTS

## ORDER

On July 26, 2006, defendants filed motions asking for a court order deeming requests for admission to be admitted. (Doc. 40 & Doc. 41). Defendants maintain the plaintiff has failed to respond to the requests within the time allowed by the Federal Rules of Civil Procedure.

Pursuant to Rule 36(a) requests for admission are deemed admitted "unless, within 30 days after service of the request . . . the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or by the party's attorney." Fed. R. Civ. P. 36(a). As plaintiff failed to respond to the requests in the time allowed and has not sought an extension of time from the court, the defendants' motions (Doc. 40 & Doc. 41) are granted.

On July 27, 2006, Malone filed a motion to compel (Doc. 43). In responding to the interrogatories plaintiff objected to providing information on his lost income (interrogatory number 1) and on the damages he claims (interrogatory number 2) prior to the case being presented to a jury at trial. In response to interrogatories 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13, plaintiff objected on the grounds that providing such information would afford defendant the opportunity to hear the plaintiff's evidence prior to trial.

AO72A
(Rev. 8/82)

The Federal Rules of Civil Procedure require the pretrial disclosure of information including witness testimony and documents. Rule 26(b)(1) of the Federal Rules of Civil Procedure provides that the parties may obtain discovery regarding any matter, not privileged, that is relevant to the claims or defense of any party. Accordingly, the motion to compel (Doc. 43) is granted. Plaintiff is ordered to provide the defendant with amended responses to the interrogatories within ten days of the receipt of this order.

IT IS SO ORDERED this 30th day of August 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE