IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEVIN MCKENZIE
A/K/A KEVIN BARRETT                                              PLAINTIFF

    v.                         No. 05-2126

ALVIN MALONE and
CHARLES WALDMAN                                            DEFENDANTS

## **O R D E R**

Now on this 22nd day of September 2006, there comes on for consideration the report and recommendation filed herein on August 30, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 48). Plaintiff filed untimely objections to the report and recommendation (Doc. 49), however, the Court has considered them.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motions to Dismiss (Docs. 28 and 31) are GRANTED and Plaintiff's claims are dismissed on the grounds that he has failed to prosecute this action with reasonable diligence.

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Robert T. Dawson
                                                United States District Judge